988 A.2d 563

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. FERNANDO FELICIANO, JR., DEFENDANT–
MOVANT.

January 8, 2010.

ORDERED that the motion for leave to appeal is granted.

988 A.2d 563

STATE OF NEW JERSEY, PLAINTIFF, v. CHARLES
D. FRIEDEMANN, DEFENDANT–MOVANT.

January 14, 2010.

ORDERED that the motion for leave to appeal is granted in part, and the matter is summarily remanded to the Superior Court, Appellate Division, to reconsider its order denying defendant's applications to proceed as an indigent, for the assignment of counsel on appeal, and for free transcripts; and for a statement of reasons for its decision in light of *Rule* 2:7–2(b), *Rule* 3:4–2(c), *Rule* 7.3–2(b), and other relevant considerations.

Jurisdiction is not retained.